UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOHAMMEDREZA SAGHAFI, *et al.*

Plaintiffs,

v.

JOSEPH B. EDLOW, DIRECTOR, USCIS,

Defendant.

Civil Action No. 8:26-cv-00100-GLR

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time, it is this 20th day of January 2026

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendant shall respond to Plaintiffs' Motion for Preliminary Injunction on or before February 10, 2026.

GEORGE L. RUSSELL, III
United States District Judge