UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOHAMMEDREZA SAGHAFI, *et al*.

    Plaintiffs,

v.

JOSEPH B. EDLOW, DIRECTOR, USCIS,

    Defendant.

Civil Action No. 8:26-cv-00100-GLR

# **ORDER**

Upon consideration of Defendant's Motion for Extension of Time (ECF No. 11), it is this 28th day of January, 2026 hereby:

**ORDERED** that the Motion (ECF No. 11) is **GRANTED**; and it is further **ORDERED** that Defendant shall respond to Plaintiffs' Ex Parte Application for Expedited Discovery (ECF No. 5) by February 10, 2026.

                                                                           /s/
                                             GEORGE L. RUSSELL, III
                                             Chief United States District Judge