UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MOHAMMEDREZA SAGHAFI, *et al*.<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS,<br><br>        Defendant. | Civil Action No. 8:26-cv-00100-GLR |

**ORDER**

Upon consideration of Consent Motion for Extension of Time, it is this __3rd_____ day of ___March_____ 2026 that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to respond to Plaintiffs' Complaint be, and the same hereby is, extended to 30 days after the Court rules on Plaintiffs' Motion for Preliminary Injunction.

_____/s/_____
George L. Russell, III
Chief United States District Judge