IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOHAMMADREZA SAGHAFI,          *

    Plaintiffs,          *

v.          *          Civil Action No. GLR-26-100

JOSEPH B. EDLOW,          *

    Defendant.          *

***

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of April, 2026 by the United States District Court for the District of Maryland hereby:

ORDERED that Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that Defendant Joseph B. Edlow, as Director of the United States Citizenship and Immigration Services ("USCIS"), directly and through his designees, is ENJOINED from applying the adjudication hold of the December 2, 2025 and January 1, 2026 USCIS Policy Memoranda (PM-602-0192 and PM-602-0194) to Plaintiffs' Forms I-485, Applications to Register Permanent Residence or Adjust Status;

IT IS FURTHER ORDERED that Edlow, directly and through his designees, shall RESUME the adjudication of Plaintiffs' Forms I-485;

IT IS FURTHER ORDERED that counsel for Edlow shall PROVIDE written notice of this Order to Edlow and to Secretary of the Department of Homeland Security Markwayne

Mullin by May 1, 2026 at 5:00 p.m. Counsel shall FILE a copy of the notice on the docket at the same time;

IT IS FURTHER ORDERED that Edlow shall FILE a status report within ninety (90) days of the date of this Order, providing the statuses of Plaintiffs' applications, including but not limited to how the application statuses have changed since the issuance of this Order lifting the adjudicatory hold and, if nothing has changed as to any one application since the issuance of this Order, an explanation as to why;

IT IS FURTHER ORDERED that Plaintiffs' Ex Parte Motions for Discovery (ECF Nos. 4, 5) are deemed WITHDRAWN;

IT IS FURTHER ORDERED that Edlow's Motion for Leave to File Excess Pages (ECF No. 14) is GRANTED;

IT IS FURTHER ORDERED that the Court finds that a bond is not required under Federal Rule of Civil Procedure 65(c) because Edlow did not request a bond or submit any evidence that he is likely to suffer damages from the injunction; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record.

_____/s/_____
George L. Russell, III
Chief United States District Judge

2